Certificate Number: 15322-PAW-DE-036291757

Bankruptcy Case Number: 22-70016



15322-PAW-DE-036291757

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2022, at 5:10 o'clock PM CST, Cherry R Benedict completed a course on personal financial management given by telephone by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 27, 2022            By:    /s/Richard Reibeling

                                    Name:  Richard Reibeling

                                    Title: Certified Credit Counselor