# Your New Benefit Amount

BENEFICIARY'S NAME: CHERRY R BENEDICT

Your Social Security benefit will increase by **1.3%** in 2021 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $1,692.50 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 19, 2020 or if someone else pays your premium, we show $0.00) | $148.50 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2021. If you did not elect withholding as of November 1, 2020, we show $0.00) | $0.00 |
| U.S. Federal tax withholding | $0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 19, 2020, we show $0.00) | $0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2020 on or about January 13, 2021. | $1,544.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

The Treasury Department requires Federal benefit payments to be made electronically. If you still receive a paper check, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** or call their Electronic Payment Solution Center at **1-800-333-1795**. If outside the United States, please call **1-214-254-3113**.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. The fastest and easiest way to file an appeal is to visit ***www.ssa.gov/benefits/disability/appeal.html*** online.

## If You Have Questions

- Visit us at ***www.ssa.gov*** online.
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**).
- Contact your nearest Social Security office.

SUITE 225
334 WASHINGTON ST
JOHNSTOWN PA 15901

**NORTHERN TRUST**

Please send all correspondence to:
BOSCH BENEFITS CENTER
PO BOX 9920
PROVIDENCE RI 02940-4020
800-207-9012



### EARNINGS STATEMENT
PENSION PLAN
FOR DISCONTINUED OPERATIONS OF ROBERT BOSCH

| Check Number | Payable Date | Reference Number | ID Number | Client / Plan |
|---|---|---|---|---|
| ████0 | 12-01-2021 | ███ | | |

On the reverse side of this document, you will find: Electronic Deposit Authorization, Address Correction Form, and Important Federal Tax Election Notice.

CHERRY BENEDICT
850 W MAIN STREET
SOMERSET PA  15501-1234

| EARNINGS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| TRUST | $249.57 | $2,994.84 |
| **GROSS PAY** | **$249.57** | **$2,994.84** |

| DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| FEDERAL | $10.00 | $120.00 |
| **TOTAL DEDUCTIONS** | **$10.00** | **$120.00** |
| **NET PAY** | **$239.57** | |



**IMPORTANT NOTES**

### WITHHOLDING ELECTIONS
CURRENT FEDERAL WITHHOLDING ELECTIONS
**Single 1 Exemption(s) Add'l Amt Withheld $10.00**
CURRENT PA STATE WITHHOLDING ELECTIONS
**No Withholding**

1060/RBB

**Federal Tax Election Form** *(Please complete only one of the following)*
1. ☐ I do not want Federal income tax withheld from my payment
2. ☐ I want to have Federal income tax withheld from my payment based on the elections I have indicated below:
   ☐ Single ☐ Married  # of  Exemptions_____
   Additional Amount Withheld $_____

**PA State Tax Election Form** *(Please complete only one of the following)*
1. ☐ I do not want State income tax withheld from my payment
2. ☐ Withhold **exactly** $_____ from my payment

Under penalties of perjury, I certify that I am entitled to the above elections.
Requests for flat dollar amount withholding, or any election options that are not consistent with those which are stated on this form will not be processed.

_____    (___)_____    ___/___/___
Required Signature              Phone #                  Date