IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/15/23 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:  )
    **Cherry R. Benedict,**  )    Case No. 22-70016-JAD
                    **Debtor**  )
  )     Chapter 13
  )
  )     Doc. # 30

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☐ a plan modification sought by: _____

- ☐ a motion to lift stay
as to creditor _____

- ☒ Other:    Notice of Mortgage Payment Change filed October 27, 2023

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Chapter 13 Plan dated February 1, 2022
- ☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor's Plan payments shall be changed from $ 974.00 to $1,017.00, effective December 2023; and/or the Plan term shall remain at 60 months per Order of Court Confirming Plan on Final Basis dated July 29, 2022.

-1-

☐   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐   Debtor(s) shall file and serve _____ on or before _____.

☐   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑   Other: <u>The Notice of Mortgage Payment Change dated October 27, 2023 is resolved per this Order. In addition, except with respect to the increased payment, the previously entered ORDER CONFIRMING PLAN ON FINAL BASIS at Doc No. 27 is incorporated herein.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  15th day of      November      , 2023

_____
Jeffery A. Deller            jsf
United States Bankruptcy Judge

Stipulated by:                                          Stipulated by:

/s/ Kenneth P. Seitz, Esquire                           /s/ James C. Warmbrodt, Esquire
Counsel to Debtor                                       Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Cherry R. Benedict  
Debtor

Case No. 22-70016-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 3
Date Rcvd: Nov 15, 2023 Form ID: pdf900 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cherry R. Benedict, 850 West Main Street, Somerset, PA 15501-1234 |
| 15447443 | + | Acro Services, 39209 W. Six Mile Road, Suite 250, Livonia, MI 48152-2681 |
| 15447447 | + | Capital Compliance Solutions, 4636 Lebanon Pike #348, Hermitage, TN 37076-1316 |
| 15447451 | | Discover Bank, P.O. Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 16 2023 00:27:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15447444 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 16 2023 00:28:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 15447445 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 16 2023 00:28:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 15454589 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 16 2023 00:28:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15447446 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 16 2023 00:28:00 | Barclay Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 15447448 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2023 00:26:22 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15457160 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2023 00:25:58 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15447449 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2023 00:28:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15447450 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 16 2023 00:26:28 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15449081 | | Email/Text: mrdiscen@discover.com | Nov 16 2023 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15448048 | + | Email/Text: dplbk@discover.com | Nov 16 2023 00:29:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15451327 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 16 2023 00:28:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE, 68197 |
| 15447452 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 16 2023 00:28:00 | First National Bank of Omaha, P.O. Box 3696, Omaha, NE 68103 |
| 15447454 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 16 2023 00:28:00 | HSBC Bank, P.O. Box 98706, Las Vegas, NV 89193-8706 |

Case 22-70016-JAD   Doc 32   Filed 11/17/23   Entered 11/18/23 00:33:15   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15464987 | ^ | MEBN | Nov 16 2023 00:16:37 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 15447453 | ^ | MEBN | Nov 16 2023 00:15:40 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15460418 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2023 00:27:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15460044 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2023 00:27:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15447455 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 16 2023 00:25:59 | Merrick Bank, P.O. Box 30537, Tampa, FL 33630-3537 |
| 15459162 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2023 00:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15447456 | + | Email/PDF: cbp@omf.com | Nov 16 2023 00:25:59 | OneMain Financial, 261 Plank Road, Somerset, PA 15501-2324 |
| 15458707 | + | Email/PDF: cbp@omf.com | Nov 16 2023 00:56:04 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15469175 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2023 00:26:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15466055 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2023 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15447457 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 16 2023 00:29:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15455226 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 16 2023 00:29:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15447458 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 16 2023 00:55:59 | SYNCB/PALEXTRASMC, P.O. Box 695005, Orlando, FL 32896-0001 |
| 15447981 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 16 2023 00:42:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15447459 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 16 2023 00:43:23 | Synchrony Bank/Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 15469934 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 16 2023 00:42:07 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 15, 2023 | Form ID: pdf900 | Total Noticed: 34 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Debtor Cherry R. Benedict thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4