**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/02/2026

IN RE:

CHERRY R. BENEDICT                                    Case No.22-70016 JAD
850 WEST MAIN STREET
SOMERSET,  PA  15501                                  Chapter 13
XXX-XX-4855          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/2/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  1796 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  PAYPAL/PRAE | |

| | | |
|---|---|---|
| **KML LAW GROUP PC\*** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  ROCKET~QUICKEN/PRAE | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC(\*)** | Trustee Claim Number:3   INT %:  4.50% | CRED DESC:  VEHICLE |
| PO BOX 3251 | Court Claim Number:8 | ACCOUNT NO.:  0650 |
| | CLAIM:  13,150.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  $CL8GOV@4.5%/PL\*PMT/TT\*W/23 | |

| | | |
|---|---|---|
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| 635 WOODWARD AVE | Court Claim Number:6 | ACCOUNT NO.:  9866 |
| | CLAIM:  0.00 | |
| DETROIT, MI  48226 | COMMENT:  PMT/DECL\*DKT4LMT\*BGN 2/22 | |

| | | |
|---|---|---|
| **ACRO SERVICES** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 39209 W SIX MILE RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LIVONIA, MI  48152 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(\*)** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PAYMENT PROCESSING CENTER\* | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 660618 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0618 | COMMENT:  NO$~PAID OFF/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:16-2 | ACCOUNT NO.:  0620 |
| | CLAIM:  475.47 | |
| NORFOLK, VA  23541 | COMMENT:  X0152/SCH\*BARCLAYS\*AMD | |

| | | |
|---|---|---|
| **CAPITAL COMPLIANCE SOLUTIONS** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4636 LEBANON PIKE | Court Claim Number: | ACCOUNT NO.:  1814 |
| | CLAIM:  0.00 | |
| HERMITAGE, TN  37076 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:7 | ACCOUNT NO.:  6918 |
| | CLAIM:  2,400.03 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  X4045/SCH\*HSBC | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2489 | Court Claim Number:14 | ACCOUNT NO.:  5922 |
| | CLAIM:  4,950.19 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  X0130/SCH\*LEGENDARY PINE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | ACCOUNT NO.:  7963 |
| PO BOX 10587 | | |
| | CLAIM:  2,745.09 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  X4796/SCH*CREDIT 1 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.:  7773 |
| PO BOX 10587 | | |
| | CLAIM:  1,576.95 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  X4796/SCH*CREDIT ONE | |

| | | |
|---|---|---|
| **DISCOVER PERSONAL LOANS\*\*** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6105 | Court Claim Number:1 | ACCOUNT NO.:  9774 |
| | CLAIM:  7,597.21 | |
| CAROL STREAM, IL  60197-6104 | COMMENT:  X0006/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:3 | ACCOUNT NO.:  2402 |
| PO BOX 3025 | | |
| | CLAIM:  2,122.13 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.:  1442 |
| PO BOX 3025 | | |
| | CLAIM:  1,604.10 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  X1100/SCH | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(\*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106* | Court Claim Number:4 | ACCOUNT NO.:  4624 |
| | CLAIM:  7,971.69 | |
| OMAHA, NE  68197-3106 | COMMENT:  X0750/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:5 | ACCOUNT NO.:  1606 |
| | CLAIM:  4,497.02 | |
| WILMINGTON, DE  19886-5102 | COMMENT:  X013G/SCH | |

| | | |
|---|---|---|
| **HSBC BANK USA NA** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2929 WALDEN AVE | Court Claim Number:13 | ACCOUNT NO.:  7634 |
| | CLAIM:  5,275.75 | |
| DEPEW, NY  14043 | COMMENT:  X1332/SCH | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS\*\* | Court Claim Number:10 | ACCOUNT NO.:  2373 |
| POB 10368 | | |
| | CLAIM:  4,245.11 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  X2061/SCH | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:9 | ACCOUNT NO.:  1796 |
| | CLAIM:  2,528.19 | |
| WARREN, MI  48090 | COMMENT:  SYNCHRONY*PAYPAL*ALEXTRS/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12 | ACCOUNT NO.:  4430 |
| PO BOX 10587 | | |
| | CLAIM:  1,501.33 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  X1333/SCH*SYNCH*SAMS CLUB | |

| | | |
|---|---|---|
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 635 WOODWARD AVE | Court Claim Number:6 | ACCOUNT NO.:  9866 |
| | CLAIM:  986.45 | |
| DETROIT, MI  48226 | COMMENT:  CL6GOV*0/PL*THRU 1/22 | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC(*)** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number:8 | ACCOUNT NO.:  0650 |
| | CLAIM:  947.75 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NO GEN UNS/SCH*W/3 | |

| | | |
|---|---|---|
| **US DEPARTMENT OF HUD**** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| 2000 N CLASSEN BLVD STE 3200 | Court Claim Number:17 | ACCOUNT NO.:  8205 |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73106 | COMMENT:  NT/SCH-PL*NT YET DUE/CONF*24218.21/CL*GU BAR TIMELY | |