**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| CHERRY R. BENEDICT | Case No.:22-70016 JAD |
| Debtor(s) | |
| Ronda J. Winnecour Movant | Document No.: |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 01/20/2022  and confirmed on 03/22/2022 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,500.65 |
| Less Refunds to Debtor | 13.83 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,486.82 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,476.11 | |
| Trustee Fee | 2,367.55 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,843.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 25,380.09 | 0.00 | 25,380.09 |
| Acct: 9866 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 986.45 | 0.00 | 0.00 | 0.00 |
| Acct: 9866 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 13,150.00 | 13,105.72 | 1,157.35 | 14,263.07 |
| Acct: 0650 | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8205 | | | | |
| | | | | 39,643.16 |
| Priority | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHERRY R. BENEDICT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHERRY R. BENEDICT | 13.83 | 13.83 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 2,500.00 | 2,476.11 | 0.00 | 0.00 |
| Acct: | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
| ACRO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 475.47 | 0.00 | 0.00 | 0.00 |
| Acct: 0620 | | | | |
| CAPITAL COMPLIANCE SOLUTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1814 | | | | |
| CAPITAL ONE BANK (USA) NA | 2,400.03 | 0.00 | 0.00 | 0.00 |
| Acct: 6918 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 4,950.19 | 0.00 | 0.00 | 0.00 |
| Acct: 5922 | | | | |
| LVNV FUNDING LLC | 2,745.09 | 0.00 | 0.00 | 0.00 |
| Acct: 7963 | | | | |
| LVNV FUNDING LLC | 1,576.95 | 0.00 | 0.00 | 0.00 |
| Acct: 7773 | | | | |
| DISCOVER PERSONAL LOANS** | 7,597.21 | 0.00 | 0.00 | 0.00 |
| Acct: 9774 | | | | |
| DISCOVER BANK(*) | 2,122.13 | 0.00 | 0.00 | 0.00 |
| Acct: 2402 | | | | |
| DISCOVER BANK(*) | 1,604.10 | 0.00 | 0.00 | 0.00 |
| Acct: 1442 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 7,971.69 | 0.00 | 0.00 | 0.00 |
| Acct: 4624 | | | | |
| BANK OF AMERICA NA** | 4,497.02 | 0.00 | 0.00 | 0.00 |
| Acct: 1606 | | | | |
| HSBC BANK USA NA | 5,275.75 | 0.00 | 0.00 | 0.00 |
| Acct: 7634 | | | | |
| MERRICK BANK | 4,245.11 | 0.00 | 0.00 | 0.00 |
| Acct: 2373 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,528.19 | 0.00 | 0.00 | 0.00 |
| Acct: 1796 | | | | |
| LVNV FUNDING LLC | 1,501.33 | 0.00 | 0.00 | 0.00 |
| Acct: 4430 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 947.75 | 0.00 | 0.00 | 0.00 |
| Acct: 0650 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1796 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | * * * N O N E * * * | | |

TOTAL PAID TO CREDITORS                                                                           39,643.16

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 14,136.45 |
| UNSECURED | 50.438.01 |

Date: 07/08/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com